```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EVERCARE CHOICE INC.,
                                                                    ORDER
                        Plaintiff,
v.                                                                  20-CV-02733 (PMH)

PKF O'CONNOR DAVIES, LLP; O'CONNOR
DAVIES, LLP, O'CONNOR DAVIES MUNNS &
DOBBINS, LLP; and Individuals THOMAS P.
KENNEDY; CHRISTOPHER J. McCARTHY;
MICHAEL J. SUAREZ; GARRETT M.
HIGGINS; DOROTHEA RUSSO, AND JOHN
DOES 1-10,
                        Defendants.
-----------------------------------------------------------X
```

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared via telephone at 10:00 a.m. today for a status conference. Oral argument was held on the record. For the reasons indicated on the record and law cited therein, defendants' motion to compel arbitration (Doc. 24) is GRANTED. This action is hereby STAYED pending mediation and arbitration. All currently scheduled conferences and deadlines are cancelled. See transcript.

The Clerk of the Court is respectfully directed to terminate the pending motion (Doc. 24) and administratively close this case, without prejudice to either party moving by letter motion to reopen the case within thirty days of the conclusion of the arbitration proceedings.[1]

SO ORDERED:

Dated: New York, New York
       January 5, 2021

_____
Philip M. Halpern
United States District Judge

---

[1] *See Zimmerman v. UBS AG*, 2018 WL 4054860, at *6 (S.D.N.Y. Aug. 24, 2018), *appeal dismissed*, 789 F. App'x 914, 915–16 (2d Cir. 2020) (summary order) ("The district court's administrative closure of the case does not constitute a final decision: there is no jurisdictional significance to [a] docket entry marking [a] case as 'closed,' which we will assume was made for administrative or statistical convenience.").