UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
EVERCARE CHOICE INC.,

                    Plaintiff,

v.

PKF O'CONNOR DAVIES, LLP; O'CONNOR DAVIES, LLP, O'CONNOR DAVIES MUNNS & DOBBINS, LLP; and Individuals THOMAS P. KENNEDY; CHRISTOPHER J. McCARTHY; MICHAEL J. SUAREZ; GARRETT M. HIGGINS; DOROTHEA RUSSO, AND JOHN DOES 1-10,

                    Defendants.
----------------------------------------------------------X

**ORDER**

20-CV-02733 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court granted, on February 1, 2024, Plaintiff's request to reopen this action and directed the parties to the Court's Individual Practices concerning Defendants' request for a briefing schedule for an anticipated motion to dismiss. (Doc. 34). There has been no further communication from any of the parties to date.

    Accordingly, the parties are directed to submit a joint letter to the Court via ECF concerning the status of this action by March 19, 2024.

SO ORDERED:

Dated: White Plains, New York
       March 12, 2024

                                                _____
                                                Philip M. Halpern
                                                United States District Judge