IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
EVERCARE CHOICE, INC.,

                    Plaintiff,

     -against-

PKF O'CONNOR DAVIES, LLP; O'CONNOR
DAVIES, LLP; O'CONNOR DAVIES
MUNNS & DOBBINS, LLP; and Individuals
THOMAS P. KENNEDY; CHRISTOPHER J.
McCARTHY; MICHAEL J. SUAREZ;
GARRETT M. HIGGINS; and JOHN DOES 1-10.

                    Defendants.
-----------------------------------------------------------X

Civil Case No.: 7:20-cv-02733-PMH

**STIPULATION AND
[PROPOSED] ORDER**

**STIPULATION AND [PROPOSED]
ORDER WITHDRAWING CAUSE OF ACTION**

**WHEREAS**, on May 2, 2024, the Court held a telephonic conference with counsel for Plaintiff, EVERCARE CHOICE, INC. ("Plaintiff") and Defendants PKF O'CONNOR DAVIES, LLP; O'CONNOR DAVIES, LLP; O'CONNOR DAVIES MUNNS & DOBBINS, LLP; and Individuals THOMAS P. KENNEDY; CHRISTOPHER J. McCARTHY; MICHAEL J. SUAREZ; GARRETT M. HIGGINS; and JOHN DOES 1-10 ("Defendants") with respect to Defendants' request for a pre-motion conference (Dkt. No. 45);

**WHEREAS**, during the court conference, Plaintiff agreed to voluntarily withdraw its fifth cause of action for breach of contract;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective parties that Plaintiff's fifth cause of action for breach of contract is withdrawn; and

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, this stipulation may be executed in counterparts, each of which shall be deemed an original, but all of which shall

1

constitute one and the same instrument. Copies of signatures, including electronic copies, and electronic signatures shall be considered original signatures for purposes of this stipulation.

Dated: New York, New York
       May 6, 2024

By: /s/ *Peter B. Zlotnick*                By: /s/ *Peter J. Larkin*
    Peter B. Zlotnick                       Peter J. Larkin

**MORITT HOCK & HAMROFF LLP**            **WILSON ELSER MOSKOWITZ EDELMAN**
1407 Broadway, Suite 3900                **& DICKER LLP**
New York, NY 10018                       1133 Westchester Avenue
Tel: (212) 239-2000                      White Plains, NY 10604
*Attorneys for Plaintiff*                Tel: (914) 323-7000
                                         *Attorneys for Defendants*

SO ORDERED:

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       May 7, 2024

2

3567543v1
296568843v.1
3568932v1