

**Alexander Litt**
Direct Dial: (646) 880-5330
Email: alitt@moritthock.com

June 24, 2024

**VIA ECF**
The Honorable Philip M. Halpern
United States District Judge
The Hon. Charles L. Brieant Jr. Building
300 Quarropas St.
White Plains, NY 10601-4150

> Re:   *Evercare Choice, Inc. v. PKF O'Connor Davies LLP et al.*,
>       7:20-cv-02733 – PMH (S.D.N.Y) (the "Action")
>       <u>Motion to Strike and Motion to Dismiss Briefing Schedule</u>

Dear Judge Halpern:

This firm represents Plaintiff EverCare Choice, Inc. ("EverCare") in this Action. Pursuant to the agreed upon briefing schedule as documented in the Court's May 2, 2024 Minute Entry, Defendants were directed to serve Plaintiff with their motion to strike and motion to dismiss on or before May 30, 2024.  Plaintiff was directed to serve its opposition papers on June 27, 2024; and Defendants to serve their reply papers on July 22, 2024.

Due to unforeseen urgent matters, EverCare requires additional time to serve its opposition papers.  EverCare therefore writes to respectfully request a two-week extension to serve its opposition papers on or before July 11, 2024.  Defendants will serve their reply papers on the current due date, July 22, 2024.  This is the first request for an extension on these motions.  I have consulted with Defendants' counsel who consents to this request.

> Respectfully,
>
> /s/ *Alexander Litt*
> Alexander Litt

CC: all counsel via ECF

---