UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVERCARE CHOICE INC.,

                    Plaintiff,

            -against-

PKF O'CONNOR DAVIES, LLP; O'CONNOR
DAVIES, LLP, O'CONNOR DAVIES MUNNS
& DOBBINS, LLP; AND INDIVIDUALS
THOMAS P. KENNEDY; CHRISTOPHER J.
MCCARTHY; MICHAEL J. SUAREZ;
GARRETT M. HIGGINS; DOROTHEA
RUSSO, AND JOHN DOES 1-10.,

                    Defendants.

20 CIVIL 2733 (PMH )

JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated May 11, 2026, the motion to confirm the arbitration award (Doc. 48) is denied as moot, the motion to dismiss (Doc. 67) is granted, and the motion to strike (Doc. 65) is denied as moot. The Sixth and Seventh Claims for Relief alleged in the Third Amended Complaint are dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over the balance of the remaining state law claims and as such, they are dismissed without prejudice.  Accordingly, the case is closed.

**Dated:**   New York, New York
             May 12, 2026

                                        **TAMMI M. HELLWIG**
                                        **Clerk of Court**

                    **BY:**

                                        **Deputy Clerk**